UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| DIANA HERNANDEZ, | § | |
| | § | CIVIL ACTION NO. 7-16:CV-00176 |
| v. | § | |
| | § | JURY DEMANDED |
| DIRECT GENERAL INSURANCE COMPANY | § | |

## NOTICE OF SETTLEMENT

TO THE HONORABLE COURT:

Defendant Direct General Insurance Company provides this notice to the Court that this case has settled.

          Respectfully submitted,

          **MARTIN, DISIERE, JEFFERSON & WISDOM, L.L.P.**

          */s/ Christopher W. Martin*
          **Christopher W. Martin**
          State Bar No. 13057620
          Federal I.D. 13515
          808 Travis Street, 20th Floor
          Houston, Texas  77002
          Email: martin@mdjwlaw.com
          Telephone:  (713) 632-1700
          Facsimile:  (713) 222-0101

          **ATTORNEY-IN-CHARGE FOR DEFENDANT**

OF COUNSEL:

**MARTIN, DISIERE, JEFFERSON & WISDOM, L.L.P.**
808 Travis Street, 20th Floor
Houston, Texas 77002
Telephone:    (713) 632-1700
Facsimile:    (713) 222-0101

1

**Barrie J. Beer**
State Bar No. 02040750
Federal I.D. 14677
beer@mdjwlaw.com
**Amber R. Dunten**
Texas Bar No. 24010004
Federal I.D. 31660
dunten@mdjwlaw.com

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of **NOTICE OF SETTLEMENT** was served this 2nd day of June, 2016 on the following counsel of record by the method specified:

| Mauro F. Ruiz<br>Ruiz Law Firm, P.L.L.C.<br>118 West Pecan Blvd.<br>McAllen, Texas 78501 | *Via Fax: (956) 259-8203 and*<br>*Email: mruiz@mruizlaw.com* |
|---|---|

                                           */s/ Amber R. Dunten*
                                           Amber R. Dunten