UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| DIANA HERNANDEZ, | § | |
| | § | CIVIL ACTION NO. 7-16:CV-00176 |
| v. | § | |
| | § | JURY DEMANDED |
| DIRECT GENERAL INSURANCE COMPANY | § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Diana Hernandez and Defendant Direct General Insurance Company, through their undersigned counsel of record, hereby jointly stipulate to the dismissal **with prejudice** of all claims that were asserted or could have been asserted by any party against any other party in this lawsuit, as Plaintiff and Defendant have reached a settlement of all claims. Each party will bear its own costs and attorney fees.

Jointly submitted,

| **MARTIN, DISIERE, JEFFERSON & WISDOM, L.L.P.** | **RUIZ LAW FIRM, P.L.L.C.** |
|---|---|
| /s/ Christopher W. Martin | /s/ Mauro F. Ruiz |
| **Christopher W. Martin** | **Mauro F. Ruiz** |
| Texas Bar No. 1305762 | State Bar No. 24007960 |
| Federal I.D. 13515 | Federal I.D. No. 23774 |
| 808 Travis Street, 20th Floor | 118 West Pecan Blvd. |
| Houston, Texas 77002 | McAllen, Texas 78501 |
| Email: martin@mdjwlaw.com | Email: mruiz@mruizlaw.com |
| Telephone: (713) 632-1700 | Telephone: (956) 259-8200 |
| Facsimile: (713) 222-0101 | Facsimile: (956) 259-8203 |
| **ATTORNEY-IN-CHARGE FOR DEFENDANT** | **ATTORNEY-IN-CHARGE FOR PLAINTIFF** |

| | |
|---|---|
| OF COUNSEL:<br><br>**MARTIN, DISIERE, JEFFERSON & WISDOM, L.L.P.**<br>808 Travis Street, 20th Floor<br>Houston, Texas 77002<br>Telephone:     (713) 632-1700<br>Facsimile:     (713) 222-0101<br><br>**Barrie J. Beer**<br>State Bar No. 02040750<br>Federal I.D. 14677<br>beer@mdjwlaw.com<br>**Amber R. Dunten**<br>Texas Bar No. 24010004<br>Federal I.D. 31660<br>dunten@mdjwlaw.com | |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** has been forwarded by the method specified, on this 30th day of June, 2016 to the following counsel of record by the method specified:

| | |
|---|---|
| Mauro F. Ruiz<br>Ruiz Law Firm, P.L.L.C.<br>118 West Pecan Blvd.<br>McAllen, Texas 78501 | *Via Fax: 956.259.8203 and*<br>*CM/ECF Electronic Delivery* |

*/s/ Amber R. Dunten*
Amber R. Dunten