United States District Court
Southern District of Texas
**ENTERED**
July 01, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| DIANA HERNANDEZ, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 7:16-CV-176 |
| | § | |
| DIRECT GENERAL INSURANCE COMPANY, | § | |
| | § | |
| Defendant. | § | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Diana Hernandez and Defendant Direct General Insurance Company, through their undersigned counsel of record, hereby jointly stipulate to the dismissal **with prejudice** of all claims that were asserted or could have been asserted by any party against any other party in this lawsuit, as Plaintiff and Defendant have reached a settlement of all claims. Each party will bear its own costs and attorney fees.

SO ORDERED this 1st day of July, 2016, at McAllen, Texas.

_____
Randy Crane
United States District Judge